IRMA C. LOWE, Respondent, *v.* THE CITY OF NEW YORK,
Appellant.

(Argued October 10, 1934; decided October 26, 1934.)

*Paul Windels, Corporation Counsel (Alfred D. Jahr, Paxton Blair* and *Anson Getman* of counsel), for appellant. *Stephen Callaghan* and *Ralph Stout* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not voting: LEHMAN, J.